CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 31 2019

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
    DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

WESLEY CARROLL,

    Petitioner/Plaintiff,

VS.

                                                            CASE DOCKET

                                                            4:19CV00034

UNITED STATES DEPARTMENT OF JUSTICE,

    Respondents/Defendants.

### FREEDOM OF INFORMATION ACT (FOIA/PA) APPEAL

    On this 21st day of July 2019, Notice is hereby given that I, Wesley Carroll hereby appeals the following listed denials of my FOIA/PA Requests, and or respondents/defendants failures to comply with the FOIA, their ruling, further since NONE of the Requested documents or copies of any have been sent.

RE: FOIA/PA REQUEST NO.: NFP-109715, Subject: Whistle Blower Act,

responded to by defendants on:    July 3, 2019

received by plaintiff on:    July 10, 2019

where defendants stated: " ... in response to your ... (FOIA) request submitted to the Federal Bureau of Investigation ... the records you have requested fall under the purview of Government Printing Office. The FBI does not handle nor reroute requests to another agency ... To proceed with your request, you will need to submit it directly to the appropriate agency."
Signed by a David M. Hardy, Section Chief (above stated defendants address)1

    Some of said requests have been submitted for several years, with still NO compliance, records, documents, copies, etc..
    I herein request immediate compliance and the immediate furnishing of copies and documents requested. I further seek $250.00 per day damages for each day of non compliance, documents

never sent, already established inordinate delays and irreparable damages caused.

Respectfully submitted,

Mr. Wesley Carroll
PA. ID : GE-8665
Route 6, P. O. Box 256
Waymart, Pennsylvania 18472

CERTIFICATE OF SERVICE

I Wesley Carroll, the petitioner/plaintiff, hereby certify that I have served a copy of the attached FOIA/PA Appeal, upon the following, via U. S. Postal Service First Class, addressed:

U. S. Department Of Justice
170 Marcel Drive
Winchester, VA 22602-4843

Respectfully submitted,

Mr. Wesley Carroll
Petitioner/Plaintiff